

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JOSHUA David Johnson, DEFENDANT(S). | CASE NUMBER SA15-00547M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _November 10_____, 2015___, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Douglas F. McCormick, United States Magistrate Judge_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _11/6/2015_     _____
DOUGLAS F. McCORMICK
U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                Page 1 of 1