

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 10 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JOSHUA DAVID JOHNSON, DEFENDANT(S). | CASE NUMBER SA15-00547M  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defense Counsel_, IT IS ORDERED that a detention hearing is set for _November 17_, _2015_, at _3:00_ ☐ a.m. / ☒ p.m. before the Honorable __DOUGLAS F. McCORMICK__, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _11/10/2015_

_____
DOUGLAS F. McCORMICK
U.S. District Judge/Magistrate Judge